UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SEKOU FADE | CIVIL ACTION NO. 2:07CV1949 SEC P |
| VERSUS | JUDGE TRIMBLE |
| DIRECTOR OF IMMIGRATION & CUSTOMS ENF | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

On November 16, 2007 , a petition was filed by the plaintiff. On November 20, 2007 , a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application. Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the petition submitted by the plaintiff on November 16, 2007 , be, and hereby is, stricken from the record.

Signed at Lafayette, Louisiana, on January 25, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)